**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Leonel CARDENAS–HERNANDEZ, Defendant—Appellant.**

No. 05–10229.

D.C. No. CR–04–329–KJD/RJJ.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 15, 2005.

Robert A. Bork, USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

---

* The Honorable S. Jay Plager, Senior Circuit Judge, United States Court of Appeals for the Federal Circuit, sitting by designation.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Arthur L. Allen, FPDNV—Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before WALLACE, LEAVY, and BERZON, Circuit Judges.

## MEMORANDUM**

Leonel Cardenas–Hernandez appeals his sentence imposed following his guilty plea to unlawful reentry in violation of 8 U.S.C. § 1326. He contends that the district court violated his constitutional rights in enhancing his sentence under 8 U.S.C. § 1326(b) and § 2L1.2(b)(1)(A)(i) of the advisory Sentencing Guidelines based on a fact—the prior commission of a drug trafficking crime—neither proved beyond a reasonable doubt to a jury nor admitted as part of the guilty plea, and that *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), is no longer good law. This contention is foreclosed by *United States v. Weiland*, 420 F.3d 1062, 1079 n. 16 (9th Cir.2005).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.